# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LORNA HICKS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.  2:10cv358-WHA |
| | ) |
| CHOWEL WELDPARTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the court on a Revised Joint Stipulation of Dismissal of Non-FLSA Claims (Doc. #15), a Motion for Leave to File Under Seal (Doc. #16), and a Motion for Entry of Stipulated Judgment Under Seal (Doc. #17).

As to the materials submitted under seal, the court has reviewed the documents provided and finds that the proposed settlement represents a fair, adequate and reasonable resolution of the claims and defenses in this matter. The court has considered the parties' joint submission explaining the basis of the settlement, the amount of recovery, the degree of risk for both parties at trial or an appeal, the opinions of experienced counsel, and the absence of any reason to believe there has been any fraud or collusion. The parties, including all individuals who chose to take part in the settlement, shall be bound by the terms of the Settlement Agreement submitted under seal to the court for approval.

Therefore, it is hereby ORDERED as follows:

1. The Motion for Leave to File Under Seal (Doc. #16) is GRANTED.

2. The Motion for Entry of Stipulated Judgment (Doc. #17), is GRANTED to the extent that, based on the court's review of submitted documents, and in accordance with the Revised

Joint Stipulation of Dismissal (Doc. #15), all claims in this action are DISMISSED with prejudice.

     Costs are taxed as paid.

Done this 7th day of January, 2011.

                                          /s/ W. Harold Albritton  
                                          W. HAROLD ALBRITTON  
                                          SENIOR UNITED STATES DISTRICT JUDGE